IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| ADAM MUHLENDORF, | ) |
| Plaintiff, | ) ) ) |
| v. | ) ) CASE NO. 2:22-MC-3966-ECM-KFP ) |
| ROY S. MOORE, | ) ) |
| Defendant. | ) |

**ORDER**

Upon consideration of Defendant's Motion to Expedite Hearing (Doc. 5) and Plaintiff's response (Doc. 6), it is ORDERED that the motion is DENIED.

DONE this 17th day of March, 2022.

/s/ Kelly Fitzgerald Pate
KELLY FITZGERALD PATE
UNITED STATES MAGISTRATE JUDGE